UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEMMERIO SWINT,<br><br>  Defendant. | CASE NO.:  4:22-cr-175-RSB-CLR |

## ORDER

Based upon the motion of Mr. Michael McNamara, counsel for Defendant Adam Smith, and for good cause shown therein, the Mr. McNamara's Motion for Leave of Absence is GRANTED for the following dates:

a.) April 27th, through and including May 1st of 2023, for the purpose of his wedding; and

b.) May 8th, through and including May 12th of 2023, for the purpose of out of district personal travel.

SO ORDERED, this 20th day of April 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA